778

THE PEOPLE *ex rel.* JOHN P. HENNEN, Plaintiff-Appellant, *v.* GEORGE C. TRUEMPER *et al.*, Defendants-Appellees.

(No. 71-164;

Second District—April 11, 1972.

Alschuler, Putnam, McWethy, Weiss & Weiler, of Aurora, for appellant.

Dryer, Foote & Streit, of Aurora, (William J. Foote and George W. Branner, of counsel,) for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM G. WEISSMAN, Defendant-Appellant.

(No. 71-165;

Second District—April 11, 1972.